IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DORIN MUNTEANU,

    Plaintiff,

vs.                                  No.   1:16 CV-1151

MARTIN D. CROFT and
NEW-TEX RENTALS, LLC,

    Defendants.

## NOTICE OF REMOVAL

Defendant New-Tex Rentals, LLC for its Notice of Removal of this action to the United States District Court for the District of New Mexico from the First Judicial District Court of the State of New Mexico, states:

1.    A civil action has been filed and is now pending in the First Judicial District Court, County of Santa Fe, State of New Mexico. The Plaintiff in that action is Dorin Munteanu, a resident of El Paso County, Texas. The action is designated by civil cause number D-101-CV-2016-01740.

2.    Defendant New-Tex Rentals, LLC is a New Mexico limited liability corporation.

3.    As alleged, Defendant Martin D. Croft is either a resident of Gold Beach, Oregon (Complaint at ¶2) or a transient person and non-resident of the state of New Mexico (Complaint at ¶4).

4.    This Court has original jurisdiction over this matter pursuant to 28 U.S.C. §1332. Further, this matter is one that may be removed to this Court pursuant to 28 U.S.C. §1441 because it is a civil action that is between citizens of different states and in which the amount controversy exceeds $75,000 exclusive of interests and costs.

5.	Venue is proper in this Court because the State Court Action is pending in New Mexico.  See U.S.C. §1441(a).

3.	Written notice of this removal is being given to the adverse party of record in the state court litigation, with a Notice of Filing Notice of Removal that is being filed with the Clerk of the First Judicial District Court of the State of New Mexico.

4.	A copy of the Complaint served upon Defendants in Civil Cause No. D-1116-CV-2013-00662 are filed with this Notice.

WHEREFORE, Defendant New-Tex Rentals, LLC gives notice of its removal of Cause No. D-101-CV-2016-01740 from the First Judicial District Court of the State of New Mexico into this Court for trial and determination.

Dated: October 19, 2016

POTTS & ASSOCIATES

"Electronically Filed"

By:	__/s/ Amy L. Glasser__
	AMY L. GLASSER
	6001 Indian School Rd. NE, Suite 100
	Albuquerque, NM  87110
	Telephone: 505-889-5252
	Facsimile:   877-365-8043
	*Attorney for Defendant New-Tex Rentals, LLC*

I HEREBY CERTIFY that a true and
correct copy of the foregoing pleading
was mailed on this 19th day of October, 2016 to:

Robert L. Lovett, Esq.
LOVETT LAW FIRM
619 Arizona Avenue
El Paso, TX  79902


*/S/ Amy L. Glasser*
AMY L. GLASSER