**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DORIN MUNTEANU

    Plaintiff,

v.                                                                       CV No. 16-1151 WJ/CG

MARTIN D. CROFT, et al.,

    Defendants.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
## TO EXTEND DISCOVERY DEADLINE

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to Extend Discovery Deadline*, (Doc. 36), filed June 8, 2017. In the motion, the parties ask the Court to extend the May 19, 2017 discovery deadline in this case by thirty days. The parties have informed the Court, however, that they would like to extend the discovery deadline to July 10, 2017. The Court, having considered the Motion, noting it is unopposed, and having conferred with the parties, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's *Unopposed Motion to Extend Discovery Deadline*, (Doc. 36), is **GRANTED**, the deadlines in the Court's *Scheduling Order*, (Doc. 22), are hereby extended as follows:

1. The termination date for discovery is **July 10, 2017**.

2. Motions relating to discovery shall be filed by **July 31, 2017.**

3. Pretrial motions, other than those relating to discovery, shall be filed by **August 10, 2017.**

4. Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiff to Defendant on or before **September 25, 2017**; Defendant to the Court on or before **October 10, 2017**.

   **IT IS SO ORDERED**.

   _____
   THE HONORABLE CARMEN E. GARZA
   UNITED STATES MAGISTRATE JUDGE