# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DORIN MUNTEANU

    Plaintiff,

v.                                          CV No. 16-1151 WJ/CG

MARTIN D. CROFT, et al.,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on Defendants' *Unopposed Motion to Extend Deadlines*, (Doc. 38), filed June 27, 2017, wherein the parties ask the Court to extend all of their current deadlines by thirty days. The Court, having considered the Motion, noting it is unopposed, and having conferred with the parties, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants' *Unopposed Motion to Extend Deadlines*, (Doc. 38), is **GRANTED**, the parties' deadlines are extended as follows:

1. The termination date for discovery is **August 10, 2017**.
2. Motions relating to discovery shall be filed by **August 31, 2017.**
3. Pretrial motions, other than those relating to discovery, shall be filed by **September 11, 2017.**
4. Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiff to Defendant on or before **October 25, 2017**; Defendant to the Court on or before **November 9, 2017**.

    **IT IS SO ORDERED**.

                                THE HONORABLE CARMEN E. GARZA
                                UNITED STATES MAGISTRATE JUDGE