**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DORIN MUNTEANU

      Plaintiff,

v.                                                           CV No. 16-1151 WJ/CG

MARTIN D. CROFT, et al.,

      Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court on Plaintiff's *Request for Status Hearing*, (Doc. 45), filed September 15, 2017. The Court finds that the motion is well-taken and shall be granted. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Friday, September 22, 2017, at 1:30 p.m.**

Parties shall call Judge Garza's "Meet Me" line at 505.348.2693 to be connected to the proceedings. This line can only accommodate up to five telephone lines, including the Court's; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE