# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DORIN MUNTEANU

      Plaintiff,

v.                                                             CV No. 16-1151 WJ/CG

MARTIN D. CROFT, et al.,

      Defendants.

## ORDER GRANTING IN PART MOTION TO EXTEND PRETRIAL DEADLINES

**THIS MATTER** is before the Court on Plaintiff's *Second Unopposed Motion to Extend Pretrial Deadlines*, (Doc. 49), filed September 22, 2017.[1] The Court, having considered the Motion, noting it is unopposed, and having conferred with the parties, finds that the Motion should be **GRANTED IN PART**.

In the Motion, the parties ask the Court to extend their deadlines as follows: (1) identify expert witnesses and provide expert reports by December 1, 2017; (2) Plaintiff provides the Pretrial Order to Defendants by December 15, 2017; (3) Defendants file the Pretrial Order with the Court by December 29, 2017; and (4) the discovery deadline closes on December 29, 2017. The parties' deadlines to disclose expert witnesses and provide expert reports ran on March 20, 2017, for Plaintiff, and on April 19, 2017, for Defendant, (Doc. 22), and the discovery deadline expired on August 10, 2017, (Doc. 41). At the September 22, 2017, status conference, the parties explained that they need to extend their expert report deadlines because of a newly-disclosed neurological report, and discussed the need to take the depositions of those experts. (Doc. 47). The parties have not set forth good cause to extend their discovery deadline for any other

---

[1] While Plaintiff titles this motion the "second" motion to extend deadlines in this case, this is actually the parties' third such motion. *See* (Docs. 37 and 41) (orders granting the parties' first and second motions to extend the deadlines in this case).

purpose. Therefore, the Court will extend the parties' deadlines to provide expert reports and the Pretrial Order as requested, but will extend the discovery deadline *for the limited purpose of taking the depositions of the parties' experts*.

**IT IS THEREFORE ORDERED** that Plaintiff's *Second Unopposed Motion to Extend Pretrial Deadlines*, (Doc. 49), is **GRANTED IN PART**, and the parties' deadlines are extended as follows:

1. The parties shall identify in writing any expert witness to be used at trial, and provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B), no later than **December 1, 2017**.

2. Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiff to Defendant on or before **December 15, 2017**; Defendant to the Court on or before **December 29, 2017**.

3. The discovery deadline is extended to **December 29, 2017**, *for the limited purpose of taking the depositions of the parties' experts*.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE