# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DORIN MUNTEANU

    Plaintiff,

v.                                                                            CV No. 16-1151 WJ/CG

MARTIN D. CROFT, et al.,

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

At the settlement conference held on Tuesday, December 12, 2017, the parties reached a negotiated resolution in this matter.

**IT IS THEREFORE ORDERED** that closing documents be filed **no later than Friday, January 12, 2018**, absent a request showing good cause for an extension.

**IT IS SO ORDERED.**

                                               THE HONORABLE CARMEN E. GARZA
                                               UNITED STATES MAGISTRATE JUDGE